UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JONATHAN ROLFE,

   Plaintiff,

v.

                                            Case No. 2:18-CV-00125-JES-MRM

LOANCARE, LLC,

   Defendant.

_____/

## **CERTIFICATE OF INTERESTED PERSONS**
## **AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Jacqueline A. Simms-Petredis, attorney for LoanCare, LLC
- Burr & Forman LLP, law firm for LoanCare, LLC
- ServiceLink, NLS, LLC, a Delaware limited liability company, Defendant's sole member
- Jonathan Rolfe, Plaintiff
- Shaughn C. Hill, attorney for Plaintiff
- Morgan & Morgan, P.A., law firm for Plaintiff

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- N/A

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- N/A

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- N/A

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

*/s/Jacqueline A. Simms-Petredis*
Jacqueline A. Simms-Petredis
FL Bar # 0906751
BURR & FORMAN LLP
201 N. Franklin Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 367-5751
Facsimile: (813) 221-7335
Email: jsimms-petredis@burr.com

*Attorney for LoanCare, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Shaughn C. Hill, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
shill@forthepeople.com
lcrouch@forthepeople.com
slauredan@forthepeople.com
*Attorney for Plaintiff*

*/s/ Jacqueline Simms-Petredis*
Jacqueline Simms-Petredis